UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

                                       Case No. 12-CR-20285

vs.

                                       HON. GEORGE CARAM STEEH

D-11 MARIA JUNCAJ-VULJEVIC,

               Defendant .
_____/

## <u>ORDER GRANTING MOTION TO AMEND JUDGMENT (#204)</u>

Upon consideration of Defendant's Motion to Amend Judgment and receiving no objection from the government,

IT IS ORDERED that the motion is granted and an amended judgment will issue to allow defendant to begin to serve her prison sentence as soon as possible.

                              s/George Caram Steeh_____
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

Dated:  September 26, 2014

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 26, 2014, by electronic and/or ordinary mail.

                              s/Marcia Beauchemin_____
                              Case Manager/Deputy Clerk